**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*State of New Mexico vs. U.S. Department of Justice, et al.*

# Complaint-Exhibit 2

# Statement from the New Mexico Department of Justice Regarding Zorro Ranch

February 19, 2026

The statement below is regarding the New Mexico Department of Justice's involvement related to Zorro Ranch:

"Upon reviewing information recently released by the U.S. Department of Justice, Attorney General Raúl Torrez has ordered that the criminal investigation into allegations of illegal activity at Jeffrey Epstein's Zorro Ranch be reopened. Although the State of New Mexico's prior investigation was closed in 2019 at the request of the U.S Attorney's Office for the Southern District of New York, revelations outlined in the previously sealed FBI files warrant further examination. Special agents and prosecutors at the New Mexico Department of Justice will be seeking immediate access to the complete, unredacted federal case file and intend to work collaboratively with our law enforcement partners as well as the Epstein Truth Commission recently established by the New Mexico Legislature. As with any potential criminal matter, we will follow the facts wherever they lead, carefully evaluate jurisdictional considerations, and take appropriate investigative action, including the collection and preservation of any relevant evidence that remains available. We are moving quickly and deliberately on this issue and will provide updates as appropriate."

## Stay Connected

Sign up for the latest news and updates from the New Mexico Department of Justice.

## Most Viewed

Subscribe (https://nmdoj.gov/stay-connected/)
No Thanks Remind Me Later



New Mexico Department of Justice Wins Landmark Verdict Against Meta (https://nmdoj.gov/press-release/new-mexico-department-of-justice-wins-landmark-verdict-against-meta/)
March 24, 2026

Attorney General Raúl Torrez: USDOJ is Hindering Our Criminal Investigation by Withholding Unredacted Epstein Files (https://nmdoj.gov/press-release/attorney-general-raul-torrez-usdoj-is-hindering-our-criminal-investigation-by-withholding-unredacted-epstein-files/)
July 9, 2026

New Mexico Department of Justice Secures Conviction Against Las Cruces Police Officer Brad Lunsford for the Shooting Death of Presley Eze (https://nmdoj.gov/press-release/new-mexico-department-of-justice-secures-conviction-against-las-cruces-police-officer-brad-lunsford-for-the-shooting-death-of-presley-eze/)
February 12, 2025

Statement from the New Mexico Department of Justice Regarding Zorro Ranch (https://nmdoj.gov/press-release/statement-from-the-new-mexico-department-of-justice-regarding-zorro-ranch/)
February 19, 2026

MEDIA ALERT: The New Mexico Department of Justice Urges Community Members to Be Vigilant When Seeking Weight-Loss Medications (https://nmdoj.gov/press-release/media-alert-the-new-mexico-department-of-justice-urges-community-members-to-be-vigilant-when-seeking-weight-loss-medications/)
October 31, 2025



## Stay Connected

Sign up for the latest news and updates from the New Mexico Department of Justice.

Subscribe (https://nmdoj.gov/stay-

DO /) rt me ez) 5w
J) nt rpy
(https://nmdoj.gov/) nt- ibx
45)

Get Help (/get-help)
Contact Us (/contact-us)
Join Our Team (/join-our-team)
Press Releases (/press-releases)

Subscribe (https://nmdoj.gov/stay-connected/)

About
Join
Publications
Newsroom
Get Help

Accessibility Statement (https://nmdoj.gov/website-accessibility-statement/)
ADA Notice of Rights (https://nmdoj.gov/americans-with-disabilities-act-notice-of-rights/)
Privacy Policy (https://nmdoj.gov/privacy)
Disclaimer (/disclaimer)

## Stay Connected

Sign up for the latest news and updates from the New Mexico Department of Justice.

Subscribe (https://nmdoj.gov/stay-