**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

*State of New Mexico vs. U.S. Department of Justice, et al.*

# Complaint-Exhibit 3

**Brawley, Kimberly (USANM)**

| | |
|---|---|
| **From:** | Langenwalter, Erin (USANM) |
| **Sent:** | Tuesday, June 30, 2026 2:40 PM |
| **To:** | ssullivan@nmdoj.gov |
| **Cc:** | Ellison, Ryan (USANM); Brawley, Kimberly (USANM); Vause, Daniel B. (AQ) (FBI); JDuran@nmdoj.gov; jmmartinez@nmdoj.gov |
| **Subject:** | Response to Touhy Request |
| **Attachments:** | Touhy Response (Zorro Ranch) 26.6.30 (NMDOJ).pdf; Touhy Response - Bates 001-031.pdf |

Please see attached from First Assistant United States Attorney Ry Ellison.

*E*

**Erin Langenwalter**
Assistant U.S. Attorney
Touhy Officer/Giglio Officer
Ethics/Professional Responsibility Advisor
District of New Mexico
201 3rd St. NW, Suite 900
Albuquerque, NM 87102
(505) 224-1471 (office)
(505) 350-7141 (mobile)
erin.langenwalter@usdoj.gov

**U.S. Department of Justice**

*United States Attorney*
*District of New Mexico*

*P.O. Box 607*
*Albuquerque, NM 87103*

*Phone: (505) 346-7274*
*Fax: (505) 346-7296*

June 30, 2026

VIA email only

Sean P. Sullivan
Special Counsel
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 670-1239
ssullivan@nmdoj.gov

**Re: Response to *Touhy Letter — Law Enforcement Request for Access to Unredacted and Unreleased Records Concerning Jeffrey Epstein and Associates — Zorro Ranch (Santa Fe County, New Mexico)***

Dear Mr. Sullivan:

This letter responds to the *Touhy* Request addressed to the Federal Bureau of Investigation (FBI) and the United States Attorney's Office (USAO) for the District of New Mexico dated May 3, 2026, in the above captioned matter.

As you know, the U.S. Attorney's Office was under different management in 2019 and we have undergone a number of personnel changes since that time. We appreciate your patience as our office reviewed its' history with respect to Zorro Ranch, examined our files, and determined the appropriate place to direct your inquiry. We can confirm that the USAO-DNM did not lead or handle the investigation and therefore neither collected nor retained any investigative materials. We are producing transmittal communications documenting the USAO-DNM's deferral to USAO-SDNY as further explained below. Please direct future inquiries to Sean Buckley, USAO Southern District of New York, 212-637-2232, sean.buckley@usdoj.gov.

## I. Touhy Regulations

The disclosure of records and information in administrative or judicial proceedings is controlled by federal statute and regulation. *See U.S. ex. rel. Touhy v. Ragen* 340 U.S. 462 (1951). Pursuant to 5 U.S.C. § 301 (the "Housekeeping Statute"), federal agency heads are vested with authority to promulgate regulations governing how the agency will respond to third-party subpoenas and requests for documents. Federal employees and former employees may not provide testimony or produce records in legal proceedings except as authorized in accordance with the agency's *Touhy* regulations. The policy behind such prohibitions on the testimony of agency employees is to conserve governmental resources where the United States is not a party to a suit,

where the federal government has not waived sovereign immunity, and to minimize governmental involvement in controversial matters unrelated to official business.

The procedures that must be followed under the U.S. Department of Justice ("DOJ") *Touhy* regulations are set forth at 28 C.F.R. §§ 16.21 to 16.29, and apply to the "production or disclosure of any material contained in the files of the Department, any information relating to material contained in the files of the Department, or any information acquired by any person while such person was an employee of the Department." 28 C.F.R. § 16.21(a). Since the USAO-DNM and the FBI are components of DOJ, the subpoena must comply with DOJ's non-party *Touhy* procedures, which prohibits the production or disclosure of Department records without prior approval. 28 C.F.R. § 16.22(a). To that end, the request must include a written statement summarizing "the information sought and its relevance to the proceeding." 28 C.F.R. § 16.22(d). Once that statement is obtained, the responsible Department officials will apply the factors identified under 28 C.F.R. § 16.26 in deciding whether or to what extent the demanded information will be produced. *See* 28 C.F.R. § 16.26(a)-(d).

## II. The *Touhy* Request

The NMDOJ *Touhy* Request purports to demand production of documents and/or evidence relevant to investigation into criminal activity at the Zorro Ranch opened in February 2026. No case number was identified and no subpoena accompanies the Request. The *Touhy* Request seeks:

> "documents collected, assembled, and prepared in connection with investigations and prosecutions previously handled by the USDOJ. Specifically, we seek the redacted materials contained in the USDOJ's 'Epstein Library,' compiled pursuant to Section 2(a)(1)-(9) of the Epstein Files Transparency Act, Public Law 119-38 (Nov. 19, 2025), along with any relevant non-privileged unreleased files."

*See* Request, p. 2. The Request goes on to list a non-exhaustive snapshot of documents purportedly taken from opensource, redacted materials. *Id.*, p. 3. As grounds for the request, you have stated that, "access to these records is essential to ensure the fair and effective administration of justice for the numerous named and unnamed victims of Epstein and his associates." *See* Request, p. 2.

## III. Standard for Authorization

Under the regulations, the Department "may authorize" the production of material from Department files if:

> (1) There is no objection after inquiry of the originating component;
> (2) The demanded disclosure, in the judgment of the responsible official, is appropriate under the factors specified in § 16.26(a) of this part; and
> (3) None of the factors specified in § 16.26(b) of this part exists with respect to the demanded disclosure.

28 C.F.R. § 16.24(a), (b). Whether or not disclosure is appropriate is determined by the rules of procedure in which the demand arose, and the applicable law and privilege rules. 26 U.S.C. § 16.26(a). However, disclosure is specifically precluded where any of the following factors exist:

(1) Disclosure would violate a statute, such as the income tax laws, 26 U.S.C. 6103 and 7213, or a rule of procedure, such as the grand jury secrecy rule, Fed. R. Crim. P. 6(e),

(2) Disclosure would violate a specific regulation;

(3) Disclosure would reveal classified information, unless appropriately declassified by the originating agency,

(4) Disclosure would reveal a confidential source or informant, unless the investigative agency and the source or informant have no objection,

(5) Disclosure would reveal investigatory records compiled for law enforcement purposes, and would interfere with enforcement proceedings or disclose investigative techniques and procedures the effectiveness of which would thereby be impaired,

(6) Disclosure would improperly reveal trade secrets without the owner's consent.

28 C.F.R. § 16.26(b).

**IV. General Objections**

USAO-NM preserves the following objections and reserves the right to assert any additional objections that may be warranted.

*Touhy* regulations have the force of federal law and permit federal officials to limit production of documents or testimony pursuant to the duly enacted regulations. *See Quezada v. Mink*, No. 10-cv-00879-REB-KLM, 2010 WL 4537086, at *3 (D. Colo. Nov. 3, 2010). For this reason, the Department need not address other discovery-based objections to the request at this time, but nonetheless objects also on the grounds that the request, which seeks access to unredacted versions of over 3 million pages maintained in the Department's "Epstein Library," is overbroad, unduly burdensome, and not reasonably related to the needs of the case since there is no pending case and the requests are not targeted to any particular fact or issue.

In addition, § 16.26(b)(1) prohibits the Department's disclosure pursuant to a demand if doing so "would violate a statute" or a "rule of procedure." 28 C.F.R. § 16.26(b); *see* 5 U.S.C. § 552a(b) (The Privacy Act). Section 16.26(b)(5) also prohibits the Department's disclosure pursuant to a demand if disclosure would "reveal investigatory records compiled for law enforcement purposes, and would interfere with enforcement proceedings or disclose investigative techniques and procedures the effectiveness of which would thereby be impaired." 28 C.F.R. § 16.26(b)(5).

Also, Federal Rule of Criminal Procedure 16(d)(1) authorizes a court to enter a protective order to restrict the use of discovery material in a criminal case. Following the passage of the Epstein Files Transparency Act, courts granted the Department's application to modify the

protective orders in the Epstein and Maxwell cases to comply with the law. *See United States v. Epstein*, No. 19 Cr. 490 (RMB), Dkt. 92; *United States v. Maxwell*, 20 Cr. 330 (PAE), Dkt. 820. The protective orders, as modified, remain in effect and prohibit the Department from "disseminating the identity of any victims or witnesses referenced" in the covered materials, which include all discovery pursuant to Rule 16, Rule 17c, and the Jencks Act and comprise the vast majority of materials in the Library. *See* Epstein, Dkt. 38; Maxwell, Dkt. 36. Your request, which seeks access to all unredacted documents in the Library to, among other things, "identify additional victims and witnesses," is plainly prohibited by the terms of the protective orders.

The Privacy Act "was enacted to protect the privacy of individuals identified in information systems maintained by Federal agencies by preventing the misuse of that information." *Andrews v. Veterans Admin. of U.S.A.,* 838 F.2d 418, 421-22 (10th Cir. 1988). The Act "governs the government's collection and dissemination of information and maintenance of its records" and generally bars a federal agency from disclosing an individual's personal information without the written consent of that individual. *See Gowan v. U.S. Dep't of Air Force*, 148 F.3d 1182, 1187 (10th Cir. 1998); 5 U.S.C. § 552a; § 522a(b). Information covered by the Privacy Act may only be disclosed without an individual's consent "pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11). Specifically, DOJ personnel have a responsibility to protect the privacy of victims and witnesses, including their personally identifiable information (PII) and other sensitive information. If victims and witnesses question their own safety and anonymity, they would be less inclined to cooperate, leading to fewer arrests and convictions. 28 C.F.R. § 16.26(b)(5). For these reasons, USAO-NM objects to the identification and disclosure of witnesses', and victims' private information absent court order or release.

Disclosure of records compiled for law enforcement purposes may also be limited if it would interfere with enforcement proceedings or disclose investigative techniques and procedures the effectiveness of which would thereby be impaired." 28 C.F.R. § 16.24(b)(5). In addition, case notes, analysis, and communications are not only protected by attorney client or work product privileges, but, also, are protected by law enforcement privilege, and therefore not subject to production under 28 C.F.R. § 16.26(b)(5).

## V. Response to Request

We have confirmed that the USAO-DNM did not lead or handle the investigation and therefore neither collected nor retained any investigative materials. Instead, the USAO-DNM was directed to refer the matter to USAO-SDNY for investigation. I note that this is consistent with the response previously provided to you by the FBI-Albuquerque, which referred your request to the FBI-SDNY. Our file is therefore quite limited, consisting mostly of transmittal materials and materials collected from the public domain.

To the extent the materials are not privileged, work product, attorney-client privileged communications, deliberative processes, or law enforcement privileged communications, but reflect transmittal of the matter from our office to other units, or contain public materials collected from the public domain, they are produced or identified by reference to the Epstein Library as set forth below:

**Enclosed:**

Bates No. 001– NM Civil Forfeiture Questions

Bates No. 002-005 – Abq Journal Article

Bates No. 006 – Richardson Statement

Bates No. 007 – Balderas Letter, 10/15/2019

Bates No. 008-009 – Anderson Letter, 5/17/ 2019

Bates No. 010-011 – Email re Richardson Statement, 8/21/2019

Bates No. 0012 – Balderas Emails, 10/17/2019

Bates No. 013-031 – Cypress Documents

**Previously produced in Epstein Library**

Jeffrey Epstein Will and Related Documents (Death Certificate, Petition for Probate, Etc.)
EFTA 00027979
https://www.justice.gov/epstein/files/DataSet%208/EFTA00027979.pdf
*See also* EFTA 02737302
https://www.justice.gov/epstein/files/Court%20Records/v.%20Indyke,%20No.%20119-cv-10788%20(S.D.N.Y.%202019)/EFTA02737302.pdf)

Epstein Non-Prosecution Agreement
EFTA 02833298
https://www.justice.gov/epstein/files/Court%20Records/United%20States%20v.%20Maxwell,%20No.%20120-cr-00330%20(S.D.N.Y.%202020)/EFTA02833298.pdf

Declaration (filed in *Jane Doe #1 and Jane Doe #2 v. United States*, SDFL, 08-80736-CIV-MARRA)
EFTA 02800893
https://www.justice.gov/epstein/files/Court%20Records/v.%20Maxwell,%20No.%20115-cv-07433%20(S.D.N.Y.%202015)/EFTA02800893.pdf

Cypress Corp. Documents
EFTA 01269354
https://www.justice.gov/epstein/files/DataSet%2010/EFTA01269354.pdf
EFTA 00296850
https://www.justice.gov/epstein/files/DataSet%209/EFTA00296840.pdf
EFTA 00313152
https://www.justice.gov/epstein/files/DataSet%209/EFTA00313152.pdf
EFTA 00284828
https://www.justice.gov/epstein/files/DataSet%209/EFTA00284828.pdf

EFTA 02808820
https://www.justice.gov/epstein/files/Court%20Records/Government%20of%20the%20United%20States%20Virgin%20Islands%20v.%20JPMorgan%20Chase%20Bank,%20N.A.,%20No.%20122-cv-10904%20(S.D.N.Y.%202022)/EFTA02808820.pdf

Epstein Contact Book
EFTA 02846578
https://www.justice.gov/epstein/files/Prior%20DOJ%20Disclosures/First%20Phase%20of%20Declassified%20Epstein%20Files/EFTA02846578.pdf
EFTA 02779342
https://www.justice.gov/epstein/files/Court%20Records/v.%20Maxwell,%20No.%20115-cv-07433%20(S.D.N.Y.%202015)/EFTA02779342.pdf

Epstein Flight Manifests
EFTA 00151067
https://www.justice.gov/epstein/files/DataSet%209/EFTA00151067.pdf

Emails with "Follow Up Call" Subject Line (Note: Bates No. 001 produced above was originally attached to EFTA00019189)
EFTA 00019183
https://www.justice.gov/epstein/files/DataSet%208/EFTA00019183.pdf
EFTA 00019664
https://www.justice.gov/epstein/files/DataSet%208/EFTA00019664.pdf

Jane Doe 15 Complaint
EFTA 01245507
https://www.justice.gov/epstein/files/DataSet%209/EFTA01245507.pdf

SD FL Ct. Order
EFTA 00027666
https://www.justice.gov/epstein/files/DataSet%208/EFTA00027666.pdf

SD FL Ct. Order
EFTA 00799307
https://www.justice.gov/epstein/files/DataSet%209/EFTA00799307.pdf

Complaint
EFTA 00025109
https://www.justice.gov/epstein/files/DataSet%208/EFTA00025109.pdf

## VI. Conclusion

Nothing in this letter should be construed as making a determination on the admissibility of any requested documents and information. Should you have any questions or wish to discuss this matter further, please do not hesitate to contact my office.

Sincerely,

RYAN ELLISON
First Assistant United States Attorney

cc: Dan Vause, SSA, FBI Albuquerque
Kimberly Brawley, Deputy United States Attorney, USAO-DNM
Erin E. Langenwalter, Touhy Officer, USAO-DNM
John Duran, Chief of Criminal Affairs, NMDOJ, JDuran@nmdoj.gov
Joseph Martinez, General Counsel, NMDOJ, jmmartinez@nmdoj.gov

If New Mexico is mentioned during a victim interview:

- Approximate dates/times you were in New Mexico
- How was this travel arranged, and who arranged it
- Where did you go (Ranch, different residences, hotels)
- Describe the Ranch (any specific details that could help confirm it was the Zorro Ranch)
- Details regarding the nature of any sexual activity and/or touching (if applicable), and where it took place (geographically, and specific place if at ranch)
- If you received anything of value during the trips to New Mexico, and what you think it was for (spa trip, clothing, money, etc)
- Your age during any of these encounters
- Who was directly involved
- Who was indirectly involved (set it up, watched, etc)
- Whether anyone took pictures during these encounters
- Whether anyone showed the victim videos or pictures of sexual activity (of adults or children)
- Whether the victim met any other girls or boys during visits to the Ranch or New Mexico (Names, ages, context and details)
- Who knew about your visits to the ranch and/or New Mexico
- Whether the victim was able to talk to anyone about, and who (in the time since it happened)
- Has anyone talked to the victim about anything that happened at the Ranch
- Did the victim see anything happen to any girls or boys at the ranch
- What have we not asked that you want us to know?

# New Epstein suit alleges assault, trafficking at ranch

**By Elise Kaplan / Journal Staff Writer**

**Published: Monday, November 18th, 2019 at 6:20pm**
**Updated: Monday, November 18th, 2019 at 9:46pm**

ALBUQUERQUE, N.M. — A federal lawsuit filed in Manhattan on Monday alleges that Jeffrey Epstein trafficked and sexually assaulted a then-15-year-old at his New Mexico ranch in 2004.



A photo of Jane Doe 15, as a 15-year-old, is included in a federal lawsuit against Jeffrey Epstein's estate filed Monday. (Source: lawsuit)

Plaintiff Jane Doe 15, now 31, describes the property as being "like a park" where teenage girls were encouraged to ride horses and ATVs, and to use the pool and hot tub.

She said she grew up poor in the Midwest and met Epstein through her sister in New York City in 2004 when she was 15 years old. In January, he invited the siblings to a magic show in Las Vegas, Nevada, and to his Zorro Ranch north of Stanley, New Mexico.

"This seemed like a thrilling opportunity, and Jane Doe 15 convinced her mother to let her go," according to the lawsuit, which was filed against the executors of Epstein's estate, Darren Indyke and Richard Kahn. The plaintiff is represented by attorney Gloria Allred.

An attorney representing the executors did not return a phone call seeking comment.

Epstein, a wealthy financier with many famous friends, was charged with sex trafficking in July. He was found hanging in his cell in a New York jail in August.

Several other lawsuits have been filed against Epstein and his estate alleging he sex trafficked and assaulted teenage girls.

However, this appears to be the first suit solely involving assaults at the Zorro Ranch in New Mexico. Jane Doe 15 alleges battery, assault and intentional infliction of emotional distress by Epstein, and asks for compensatory and punitive damages.

According to the lawsuit, Jane Doe 15 and her 18-year-old sister were flown to Las Vegas, Nevada, where Epstein had arranged for them and several other young girls to go to a magic show and meet the performer.

Although Epstein was at the show, Jane Doe 15 didn't have any interaction with him until she and the others were on a private plane on the way to New Mexico.

When they arrived in the state, Jane Doe 15 and her sister were taken to the ranch, where they stayed in a small house detached from the main house. A number of other teenage girls were also staying at the ranch.

"From the start, Jane Doe 15 was told that she and the other girls could do whatever they wanted at the ranch, whenever they wanted," the lawsuit states. "It was like a park. She was encouraged to ride horses and ATVs, and to use the pool and hot tub.

A day or two after her arrival, Jane Doe 15 said she was called to the main house where "the redhaired woman" said she would give her a massage. Instead, she said, the woman sexually assaulted her. After a "substantial amount of time," the woman stopped because she said she could tell Jane Doe 15 was not enjoying it.



003

Jeffrey Epstein

The next day, Jane Doe 15 was called to the main house again, this time to meet Epstein. She said he was in an upstairs bedroom, lying in bed, wearing his bathrobe. She said he seemed to expect her to do "something sexual to him," but she didn't know what and he got frustrated.

Then, she said, he grabbed her and laid her down on the floor and assaulted her with a vibrator.

"After Epstein's vicious, prolonged assault, Jane Doe 15 felt completely powerless and lost," the lawsuit states. "She wanted to tell her sister what he had done to her, but felt too scared and disempowered to do so. Jane Doe 15 remembers taking an ATV out that night and driving it into a tree, and realizing that she could die out there and no one would care. She felt both abandoned and also completely reliant on Epstein."

Jane Doe 15 said the next day Epstein summoned her to the house yet again and presented her with a new pair of underwear. She said he took photos of her in the underwear and then asked her about her goals.

She said she wanted to study biochemistry in college and he gave her a check for $5,000, as well as several hundred dollars in cash.

In all, the woman said she spent three or four days at the ranch and, although she was later invited to Epstein's private island, she declined and never saw him again.

Over several years, Jane Doe 15 felt ashamed, humiliated, scared, frightened and "above all, worthless." "She began to hurt herself with alcohol and drugs," the lawsuit states.

She first disclosed the abuse to a licensed medical or mental health provider in 2019.

**Contact the writer.**

## Auto Racing




**Column: NASCAR bullish on future after promising rebound**

17 hrs ago




ADVERTISEMENT

Dale Earnhardt Jr. named honorary starter for Daytona 500

18 hrs ago

Ferrari's troubles deepen at Brazilian GP

Nov. 17, 2019

11:09 PM EST



Harvick fails to rally overmatched Ford in NASCAR finale

Nov. 17, 2019

09:31 PM EST

Sticky Situation: Hamlin's title run ends with tape gaffe

Nov. 17, 2019

08:52 PM EST





**Support Local Journalism**

AlbuquerqueJournal

**Sunday Home Delivery + Unlimited Digital Access**

$ 12 /mo

- Access to the Albuquerque eJournal Print Replica
- Unlimited desktop + mobile access to ABQJournal.com
- Access Journal Rewards
- Includes EzPay

Subscribe

Other Offers

Already a subscriber? Sign In

BILL RICHARDSON

August 21, 2019

Governor Bill Richardson offered his assistance in the Jeffrey Epstein investigation - through his lawyer, Jeff Brown of Dechert LLP - to the US Attorney for the Southern District of New York. In response to this offer, Mr. Brown was informed by the Assistant US Attorney responsible for the case that Governor Richardson is neither a target, subject, nor witness in the case and that there is no allegation against Governor Richardson that the government is actively investigating.

"It's fair to conclude that the federal prosecutors investigating this matter do not believe the Governor participated in or witnessed the criminal activity Jeffrey Epstein is alleged to have committed," said Mr. Brown.

Governor Richardson hopes that the investigation continues so that Epstein's victims can finally have their day in court and see the justice they deserve.

###

Office of Governor Bill Richardson
216 Washington Avenue | Santa Fe, NM 87501
Office (505) 988-7140 | Fax (505) 988-7094

# STATE OF NEW MEXICO
OFFICE OF THE ATTORNEY GENERAL

## HECTOR H. BALDERAS
## ATTORNEY GENERAL

October 15, 2019

*Via hand delivery*
Honorable John Anderson
United States Attorney for the District of New Mexico
201 Third St. NW, Suite 900
Albuquerque, NM 87102
john.anderson@usdoj.gov

**Re: Jeffrey Epstein**

Mr. Anderson,

My office has been actively investigating and assisting other State and Federal agencies with their investigations related to criminality perpetrated in New Mexico by Jeffrey Epstein. We have been in communication with assistant United States attorneys from the Southern District of New York and have provided them with materials supportive of their Federal investigation into allegations of misconduct by Epstein's possible conspirators. We appreciate the continuing work done by those prosecutors, who continue to give this serious matter the attention it deserves.

As you are aware, Epstein's various holding companies own a substantial amount of real estate and personal property in New Mexico. I am writing to respectfully request that your office explore initiating the process to seize Epstein's New Mexico land holdings for the eventual benefit of survivors of these acts and the people of the State of New Mexico. Epstein's death should not be the end of our efforts to seek justice for his survivors. I thus stand willing to assist with this matter in any way possible. Do not hesitate to contact me personally if I can be of any assistance.

Respectfully,

**Hector Balderas**
Attorney General
State of New Mexico

U ... tice
U
D
Po
Alb...
46-7274
-7296

FOR YOUR INFO AND THE CASE FILE

May 17, 2019

Clara Moran
Deputy Attorney General
State of New Mexico
Office of the Attorney General
201 Third Street NW, Suite 300
Albuquerque, New Mexico 87102

Dear Ms. Moran:

I write in response to your letter of May 14 requesting a meeting to address matters relating to potential victims of sexual exploitation and/or trafficking by Jeffrey Epstein and others. This Office certainly supports your investigation and review of these matters, and we are happy to receive any information you may wish to share as it relates to offenses over which this Office may have exclusive jurisdiction. At this time, however, we are not in a position to share any information relating to these matters or to discuss any possible coordination. If and when that situation changes, we will certainly reach out to arrange for a meeting.

Sincerely,

John C. Anderson
United States Attorney

STATE OF NEW MEXICO
OFFICE OF THE ATTORNEY GENERAL

HECTOR H. BALDERAS
ATTORNEY GENERAL

May 14, 2019

Hon. John C. Anderson
United States Attorney
District of New Mexico
201 3rd St. NW, Ste. 900
Albuquerque, NM 87102

Dear Mr. Anderson,

It is my understanding that federal prosecutors are seeking to identify victims who may have been trafficked or sexually exploited by Jeffery Epstein and others at his ranch in Stanley, New Mexico. The Office of the Attorney General has been actively engaged in an ongoing investigation and review of this matter, which may also involve a referral of certain criminal matters within the exclusive statutory authority of the federal government. As such, we would like to arrange a meeting at your earliest convenience to de-conflict on sensitive law-enforcement matters and discuss possible strategies to streamline investigation and charging.

Respectfully,

Clara Moran
Deputy Attorney General

TOLL FREE 1-844-255-9210 TELEPHONE: (505)717-3500 FAX: (505)717-3603 www.nmag.gov
ADDRESS: 201 THIRD STREET NW - SUITE 300, ALBUQUERQUE, NM 87102

**From:** [redacted]
**To:**
**Cc:**
**Subject:** Re: Statement from Gov. Bill Richardson
**Date:** Wednesday, August 21, 2019 2:15:26 PM
**Attachments:** image002.jpg

---

Sean:

I think your proposal to refer them to the PIO in SDNY makes sense.

[redacted]

Sent from my iPhone

On Aug 21, 2019, at 1:16 PM, [redacted] (USANM) [redacted]> wrote:

> [redacted],
> Please see below. Apparently, Bill Richardson has put out a statement claiming he is cooperating with the Southern District of New York. KOAT has asked for comment. Holland and I have discussed this. The most obvious thing to do seems to be to refer KOAT to the PIO in S.D.N.Y. Please let me know if you prefer a different course of action and/or think other people need to be looped in on this.
>
> [redacted]
> Assistant U.S. Attorney
> 201 Third Street N.W., Suite 900
> Albuquerque, New Mexico 87102
> (505) [redacted] (office)
> (505) [redacted] (fax)
> [redacted]
>
> **From:** Schwanitz, Cary <[redacted]>
> **Sent:** Wednesday, August 21, 2019 12:09 PM
> **To:** [redacted] (USANM) [redacted]>
> **Subject:** FW: Statement from Gov. Bill Richardson
> Hi [redacted],
> Can you confirm this information about the Epstein investigation and whether Bill Richardson is not being investigated?
> Also, can you comment on whether the U.S. attorney in New Mexico is investigating any involvement with Bill Richardson?
> **Cary Schwanitz**
> Assignment Manager
>
> 3801 Carlisle Blvd NE
> Albuquerque, NM 87107
> T: +1 [redacted]

M: +1 [redacted]
[redacted]

**From:** Maddy Mahony <[redacted]>
**Sent:** Wednesday, August 21, 2019 9:45 AM
**To:** Schwanitz, Cary [redacted]>
**Subject:** Statement from Gov. Bill Richardson

Hi Cary – Please see below....

August 21, 2019

Governor Bill Richardson offered his assistance in the Jeffrey Epstein investigation - through his lawyer, Jeff Brown of Dechert LLP - to the US Attorney for the Southern District of New York. In response to this offer, Mr. Brown was informed by the Assistant US Attorney responsible for the case that Governor Richardson is neither a target, subject, nor witness in the case and that there is no allegation against Governor Richardson that the government is actively investigating.

"It's fair to conclude that the federal prosecutors investigating this matter do not believe the Governor participated in or witnessed the criminal activity Jeffrey Epstein is alleged to have committed," said Mr. Brown.

Governor Richardson hopes that the investigation continues so that Epstein's victims can finally have their day in court and see the justice they deserve.

###

Madeleine Mahony
Director of Media Relations
Office of Governor Bill Richardson
[redacted]

**From:** [redacted]
**To:** [redacted]
**Subject:** Fwd: Correspondence from AG Balderas
**Date:** Thursday, October 17, 2019 11:52:37 AM
**Attachments:** October 15, 2019 NMAG letter to USA Anderson.pdf
ATT00001.htm

---

[redacted]:

FYI. Let's catch up on where we are with SDNY at some point soon.

Thanks,

[redacted]

Sent from my iPhone

Begin forwarded message:

> **From:** "[redacted] (USANM)" <[redacted]>
> **Date:** October 16, 2019 at 10:31:08 AM MDT
> **To:** "[redacted] (USANM)" [redacted]>
> **Subject: Fwd: Correspondence from AG Balderas**
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "Bransford, Victoria" <vbransford@nmag.gov>
> > **Date:** October 15, 2019 at 3:51:13 PM MDT
> > **To:** "[redacted] (USANM)"
> > <[redacted]>, [redacted]
> > **Subject: Correspondence from AG Balderas**
> >
> > Good Afternoon,
> >
> > Please find the attached letter from AG Balderas; let me know if you have any questions.
> >
> > Sincerely,
> > Victoria Bransford
> > Executive Assistant to the Attorney General
> > [redacted]

FORM - RACA12

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
DIVISION OF CORPORATIONS AND TRADEMARKS

# RESIDENT AGENT FORM
# CONSENT OF AGENT FOR SERVICE OF PROCESS

This writing witnesseth that I, the undersigned Business Basics VI, LLC, having been designated by Cypress, Inc., as resident agent of said company, upon whom service of process may be made in all suits arising against said company in the Courts of the United States Virgin Islands, do hereby consent to act as such agent and that service of process may be made upon me in accordance with Title 13, Virgin Islands Code.

IN WITNESS WHEREOF, I have hereunto set my signature this 13th day of September 2012.

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.

SIGNATURE OF RESIDENT AGENT

| | |
|---|---|
| DAYTIME CONTACT NUMBER | [redacted] |
| MAILING ADDRESS | [redacted] |
| PHYSICAL ADDRESS | [redacted] |
| EMAIL ADDRESS | [redacted] |

R2014331
25.00
C1078

NOTARY ACKNOWLEDGEMENT

Subscribed and sworn to before me this 13th day of September, 2012 at St. Thomas.

Brett A. Geary
Notary Public NP-124-11
St. Thomas St. John, USVI
My Commission Expires: December 21, 2015

Notary Public

My Commission Expires

013

# THE UNITED STATES VIRGIN ISLANDS

USVI Lieutenant Governor
Filed: July 31, 2019 10:05 AM
BID: 581974

Franchise Tax and Annual Report Filing 2019

## CYPRESS, INC. (581974)

*Changed*

| | |
|---|---|
| **Handling Option** | Standard Processing |

## Capital Stock Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital**<br>*Previous Value* | 0.00 |
| **Total Capital**<br>*Previous Value* | 1000.00 |
| **Capital Withdrawn**<br>*Previous Value* | 0.00 |
| **Amount of Capital at Date of this Report**<br>*Previous Value* | 1,000.00 |
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2019 |
| **Tax Identifier Number** | [redacted] |

## Business Mailing Addresses

| | |
|---|---|
| **Principal Office or Place of Business** | 6100 Red Hook Quarter B3, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |

## Directors/Officers

| | |
|---|---|
| **Name** | Mr. Jeffrey EPSTEIN |
| **Status** | Active |
| **Physical Address** | [redacted] |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Email Address** | [redacted] |
| **Position** | President |
| **Term Expiration** | Perpetual |
| **Name** | Darren INDYKE |
| **Status** | Active |
| **Physical Address** | [redacted] |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Email Address** | [redacted] |
| **Position** | Secretary |
| **Term Expiration** | Perpetual |
| **Name** | Richard KAHN |
| **Status** | Active |
| **Physical Address** | [redacted] |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Email Address** | [redacted] |
| **Position** | Treasurer |
| **Term Expiration** | Perpetual |

# Documents

| | | |
|---|---|---|
| **Did the entity have Economic Activity during the reporting period?** *Previous Value* | No | |
| Balance Sheet | BALANCE SHEET.docx07/31/2019 10:04 AM | *Created* |
| Income Statement | INCOME STATEMENT.docx07/31/2019 10:04 AM | *Created* |

# Signature(s)

| | |
|---|---|
| **Name** | Erika KELLERHALS |
| **Position** | Attorney in Fact |
| **On Behalf Of** | President |
| **Name** | Jeffrey EPSTEIN |
| **Date** | 07/31/2019 |
| **Name** | Richard KAHN |
| **Position** | Treasurer |
| **Date** | 07/31/2019 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

# Daytime Contact

| | |
|---|---|
| **Name** | Ms. Erika Kellerhals |
| **Telephone** | [redacted] |
| **Email** | [redacted] |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE** | Yes |

**IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.**

$300.00
Ck# 1060
Recpt# 3881149

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

# FRANCHISE TAX REPORT – DOMESTIC CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th.
AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

LT. GOV. CORP - STX RECEIVED

| | |
|---|---|
| TODAY'S DATE | 6/30/2018 |
| TAX CLOSING DATE | 12/31/2017 |
| EMPLOYER IDENTIFICATION NO (EIN) | [redacted] |

SECTION 1

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| PHYSICAL ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| MAILING ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| NATURE OF BUSINESS | Holding Property for Personal Use |

SECTION 2

CAPITAL STOCK AUTHORIZED ON LAST FILED REPORT — 10,000 shares of common stock, $.01 par value
CAPITAL STOCK AUTHORIZED ON THIS DATE — 10,000 shares of common stock, $.01 par value

SECTION 3 - PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS

| | | |
|---|---|---|
| A | AS SHOWN ON LAST FILED REPORT | $1,000 |
| B | ADDITIONAL CAPITAL PAID SINCE LAST REPORT | $ 0 |
| C | SUM OF 'A' AND 'B' ABOVE | $1,000 |
| D | PAID IN CAPITAL WITHDRAWN SINCE LAST REPORT | $ 0 |
| E | PAID IN CAPITAL STOCK AT DATE OF THIS REPORT | $1,000 |
| F | HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD | $1,000 |

SECTION 4 - COMPUTATION OF TAX

| | | |
|---|---|---|
| A | AT RATE OF $1.50 PER THOUSAND (PLEASE ROUND DOWN TO THE NEAREST THOUSAND) ON HIGHEST TOTAL PAID-IN CAPITAL STOCK AS REPORTED ON LINE 3F ABOVE | $300.00 |
| B | TAX DUE (4A OR $150.00 (WHICHEVER IS GREATER)) | $300.00 |

SECTION 5 – PENALTY AND INTEREST FOR LATE PAYMENT

| | | |
|---|---|---|
| A | PENALTY – 20% OR $50.00 (WHICHEVER IS GREATER) OF 4B | |
| B | INTEREST - 1% COMPOUNDED ANNUALLY FOR EACH MONTH, OR PART THEREOF, BY WHICH PAYMENT IS DELAYED BEYOND THE JUNE 30TH DEADLINE | |
| C | TOTAL PENALTY AND INTEREST | |

SECTION 6 – TOTAL DUE (TAXES, PENALTY, INTEREST)
SUM OF 4B AND 5C — $150.00

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION AND ANY ACCOMPANYING DOCUMENTS ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION

TREASURER
Richard Kahn (signature) — DATE 6/20/2018
SIGNATURE
Richard Kahn
PRINTED FIRST NAME AND LAST NAME

PRESIDENT
(signature) — DATE 6/20/2018
SIGNATURE
Jeffrey E. Epstein
PRINTED FIRST NAME AND LAST NAME

018
3881149

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

# ANNUAL REPORT – DOMESTIC AND FOREIGN CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30TH. AVOID PENALTIES AND INTEREST BY PAYING ON TIME

| TODAY'S DATE | TAX CLOSING DATE | EMPLOYER IDENTIFICATION NO. (EIN) |
|---|---|---|
| 6/30/2018 | 12/31/2017 | [redacted]9 |

**SECTION 1**

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| ADDRESS OF MAIN OFFICE | 6100 Red Hook Quarter, B3, St Thomas, U S Virgin Islands 00802 |
| ADDRESS OF PRINCIPLE USVI OFFICE | Business Basics VI, LLC ,Royal Palms Professional Building 9053 Estate Thomas, Suite 101, St Thomas, U S Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| COUNTRY/STATE OF INCORPORATION | U. S. Virgin Islands |
| AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR | 10,000 shares of common stock, $.01 par value |
| AMOUNT OF PAID-IN CAPITAL CAPITAL AT CLOSE OF FISCAL YEAR | $1,000 |
| AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE USVI DURING THE FISCAL YEAR | $1,000 |

LT. GOV. CORP - STT RECEIVED

**SECTION 2**

NAMES AND ADDRESSES OF ALL DIRECTORS AND OFFICERS OF THE CORPORATION AT THE CLOSE OF FISCAL YEAR ANDEXPIRATION DATES OF TERMS OF OFFICE –

| NAME/TITLE | ADDRESS | TERM EXPIRATION |
|---|---|---|
| Jeffrey E Epstein, President/Director | 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802 | Serves until successor elected |
| Richard Kahn, Treasurer/Director | [redacted] | Serves until successor elected |
| Darren K Indyke Vice President/Secretary/Director | [redacted] | Serves until successor elected |
| | | |
| | | |

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION

TREASURER
Richard Kahn (signature) — DATE 6/20/2018
SIGNATURE
Richard Kahn
PRINTED FIRST NAME AND LAST NAME

PRESIDENT
(signature) — DATE 6/20/2018
SIGNATURE
Jeffrey Epstein
PRINTED FIRST NAME AND LAST NAME

- IF THE LAST REPORT DOES NOT COVER THE PERIOD IMMEDIATELY PRECEDING THE REPORT PERIOD COVERED BY THIS REPORT, A SUPPLEMENTARY REPORT ON THE SAME MUST BE FILED, BRIDGING THE GAP BETWEEN THE TWO REPORTS
- THIS REPORT IS NOT CONSIDERED COMPLETE UNLESS ACCOMPANIED BY A GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR, AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.
- FOREIGN SALES CORPORATIONS THAT ARE REGISTERED WITH THE SECURITY AND EXCHANGE COMMISSION MUST FRNISH EVIDENCE OF SUCH REGISTRATION AND COMPLY WITH BALANCE SHEET AND PROFIT AND LOSS STATEMENTS. FCSS THAT ARE NOT REGISTERED WITH THE COMMISSION ARE EXEMPT FROM FILING THE GENERAL BALANCE SHEET AND THE PROFIT AND LOSS STATEMENT.

$180.00
Rec# 364155
C# 1057

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

# FRANCHISE TAX REPORT – DOMESTIC CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th.
AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| | |
|---|---|
| TODAY'S DATE | 6/30/2017 |
| TAX CLOSING DATE | 12/31/2016 |
| EMPLOYER IDENTIFICATION NO (EIN) | [redacted]9 |

**SECTION 1**

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| PHYSICAL ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| MAILING ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| NATURE OF BUSINESS | Holding Property for Personal Use |

RECEIVED
LT. GOV. OFFICE
2017 JUN 26 AM 11 49
CORPORATIONS - STT

**SECTION 2**

CAPITAL STOCK AUTHORIZED ON LAST FILED REPORT — 10,000 shares of common stock $.01 par value
CAPITAL STOCK AUTHORIZED ON THIS DATE — 10,000 shares of common stock $.01 par value

**SECTION 3 - PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS**

| | | |
|---|---|---|
| A | AS SHOWN ON LAST FILED REPORT | $1,000 |
| B. | ADDITIONAL CAPITAL PAID SINCE LAST REPORT | $ 0 |
| C | SUM OF 'A' AND 'B' ABOVE | $1,000 |
| D | PAID-IN CAPITAL WITHDRAWN SINCE LAST REPORT | $ 0 |
| E. | PAID-IN CAPITAL STOCK AT DATE OF THIS REPORT | $1,000 |
| F | HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD | $1,000 |

**SECTION 4 - COMPUTATION OF TAX**

A. AT RATE OF $1.50 PER THOUSAND (PLEASE ROUND DOWN TO THE NEAREST THOUSAND) ON HIGHEST TOTAL PAID-IN CAPITAL STOCK AS REPORTED ON LINE 3F ABOVE — $150.00
B. TAX DUE (4A OR $150.00 (WHICHEVER IS GREATER)) — $150.00

**SECTION 5 – PENALTY AND INTEREST FOR LATE PAYMENT**

A. PENALTY – 20% OR $50.00 (WHICHEVER IS GREATER) OF 4B
B. INTEREST – 1% COMPOUNDED ANNUALLY FOR EACH MONTH OR PART THEREOF, BY WHICH PAYMENT IS DELAYED BEYOND THE JUNE 30th DEADLINE
C. TOTAL PENALTY AND INTEREST

**SECTION 6 – TOTAL DUE (TAXES, PENALTY, INTEREST)**

SUM OF 4B AND 5C — $150.00

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION

TREASURER [signature] 6/23/17
SIGNATURE DATE

PRESIDENT [signature] 6/23/17
SIGNATURE DATE

020

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone 340 773 6449
Fax 340 773 0330

# ANNUAL REPORT – DOMESTIC AND FOREIGN CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30TH. AVOID PENALTIES AND INTEREST BY PAYING ON TIME

| TODAY'S DATE | TAX CLOSING DATE | EMPLOYER IDENTIFICATION NO. (EIN) |
|---|---|---|
| 6/30/2017 | 12/31/2016 | [redacted] |

RECEIVED LT. GOV. OFFICE
2017 JUN 26 AM 11 49
CORPORATIONS - STT

**SECTION 1**

CORPORATION NAME: Cypress, Inc.

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802

ADDRESS OF PRINCIPLE USVI OFFICE: Business Basics VI, LLC Royal Palms Professional Building 9053 Estate Thomas, Suite 101 St Thomas U S Virgin Islands 00802

DATE OF INCORPORATION: 11/22/2011

COUNTRY/STATE OF INCORPORATION: U. S. Virgin Islands

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 10,000 shares of common stock, $.01 par value

AMOUNT OF PAID IN CAPITAL CAPITAL AT CLOSE OF FISCAL YEAR: $1,000

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE USVI DURING THE FISCAL YEAR: $1,000

**SECTION 2**

NAMES AND ADDRESSES OF ALL DIRECTORS AND OFFICERS OF THE CORPORATION AT THE CLOSE OF FISCAL YEAR ANDEXPIRATION DATES OF TERMS OF OFFICE -

| NAME/TITLE | ADDRESS | TERM EXPIRATION |
|---|---|---|
| Jeffrey E Epstein, President/Director | 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802 | Serves until successor elected |
| Richard Kahn, Treasurer/Director | [redacted] | Serves until successor elected |
| Darren K Indyke, Vice President/Secretary/Director | [redacted] | Serves until successor elected |
| | | |
| | | |

**I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION**

TREASURER
SIGNATURE: Richard Kahn DATE: 6/23/17
Richard Kahn
PRINTED FIRST NAME AND LAST NAME

PRESIDENT
SIGNATURE DATE: 6/23/17
Jeffrey Epstein
PRINTED FIRST NAME AND LAST NAME

- IF THE LAST REPORT DOES NOT COVER THE PERIOD IMMEDIATELY PRECEDING THE REPORT PERIOD COVERED BY THIS REPORT, A SUPPLEMENTARY REPORT ON THE SAME MUST BE FILED BRIDGING THE GAP BETWEEN THE TWO REPORTS.
- THIS REPORT IS NOT CONSIDERED COMPLETE UNLESS ACCOMPANIED BY A GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT
- FOREIGN SALES CORPORATIONS THAT ARE REGISTERED WITH THE SECURITY AND EXCHANGE COMMISSION MUST FRNISH EVIDENCE OF SUCH REGISTRATION AND COMPLY WITH BALANCE SHEET AND PROFIT AND LOSS STATEMENTS. FCSS THAT ARE NOT REGISTERED WITH THE COMMISSION ARE EXEMPT FROM FILING THE GENERAL BALANCE SHEET AND THE PROFIT AND LOSS STATEMENT

THE UNITED STATES VIRGIN ISLANDS

OFFICE OF THE LIEUTENANT GOVERNOR

**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

# FRANCHISE TAX REPORT – DOMESTIC CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th.
AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| | |
|---|---|
| TODAY'S DATE | 6/30/2016 |
| TAX CLOSING DATE | 12/31/2015 |
| EMPLOYER IDENTIFICATION NO. (EIN) | [redacted] |

**SECTION 1**

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| PHYSICAL ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| MAILING ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| NATURE OF BUSINESS | Holding Property for Personal Use |

RECEIVED LT. GOVERNOR OFFICE 2016 JUN 22 PM 8 42 CORPORATIONS-STT

**SECTION 2**

| | |
|---|---|
| CAPITAL STOCK AUTHORIZED ON LAST FILED REPORT | 10 000 shares of common stock, $.01 par value |
| CAPITAL STOCK AUTHORIZED ON THIS DATE | 10 000 shares of common stock $.01 par value |

**SECTION 3 - PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS**

| | | |
|---|---|---|
| A | AS SHOWN ON LAST FILED REPORT | $1,000 |
| B | ADDITIONAL CAPITAL PAID SINCE LAST REPORT | $ 0 |
| C | SUM OF 'A' AND 'B' ABOVE | $1,000 |
| D | PAID-IN CAPITAL WITHDRAWN SINCE LAST REPORT | $ 0 |
| E | PAID-IN CAPITAL STOCK AT DATE OF THIS REPORT | $1,000 |
| F. | HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD | $1,000 |

**SECTION 4 - COMPUTATION OF TAX**

| | | |
|---|---|---|
| A | AT RATE OF $1.50 PER THOUSAND (PLEASE ROUND DOWN TO THE NEAREST THOUSAND) ON HIGHEST TOTAL PAID-IN CAPITAL STOCK AS REPORTED ON LINE 3F ABOVE | $150 00 |
| B | TAX DUE (4A OR $150.00 (WHICHEVER IS GREATER)) | $150 00 |

**SECTION 5 - PENALTY AND INTEREST FOR LATE PAYMENT**

| | | | |
|---|---|---|---|
| A | PENALTY - 20% OR $50.00 (WHICHEVER IS GREATER) OF 4B | | |
| B | INTEREST - 1% COMPOUNDED ANNUALLY FOR EACH MONTH, OR PART THEREOF, BY WHICH PAYMENT IS DELAYED BEYOND THE JUNE 30th DEADLINE | | |
| C | TOTAL PENALTY AND INTEREST | | |

**SECTION 6 - TOTAL DUE (TAXES, PENALTY, INTEREST)**

SUM OF 4B AND 5C — $150 00

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.

TREASURER: Richard Kahn — 6/16/2016

SIGNATURE — DATE

PRESIDENT: [signature] — 6/18/16

SIGNATURE — DATE

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340 776 4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax 340 773 0330

# ANNUAL REPORT – DOMESTIC AND FOREIGN CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30TH AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| TODAY'S DATE | TAX CLOSING DATE | EMPLOYER IDENTIFICATION NO. (EIN) |
|---|---|---|
| 6/30/2016 | 12/31/2015 | [redacted]9 |

**SECTION 1**

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| ADDRESS OF MAIN OFFICE | 6100 Red Hook Quarter, B3, St. Thomas, U S Virgin Islands 00802 |
| ADDRESS OF PRINCIPLE USVI OFFICE | Business Basics VI, LLC ,Royal Palms Professional Building 9053 Estate Thomas, Suite 101, St Thomas, U S Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| COUNTRY/STATE OF INCORPORATION | U S Virgin Islands |
| AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR | 10,000 shares of common stock, $.01 par value |
| AMOUNT OF PAID-IN CAPITAL CAPITAL AT CLOSE OF FISCAL YEAR | $1,000 |
| AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE USVI DURING THE FISCAL YEAR | $1,000 |

2016 JUN 22 AM 8 12
RECEIVED LT. GOV. OFFICE CORPORATIONS & TT

**SECTION 2**

NAMES AND ADDRESSES OF ALL DIRECTORS AND OFFICERS OF THE CORPORATION AT THE CLOSE OF FISCAL YEAR ANDEXPIRATION DATES OF TERMS OF OFFICE –

| NAME/TITLE | ADDRESS | TERM EXPIRATION |
|---|---|---|
| Jeffrey E Epstein, President/Director | 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802 | Serves until successor elected |
| Richard Kahn, Treasurer/Director | [redacted] | Serves until successor elected |
| Darren K Indyke, Vice President/Secretary/Director | [redacted] | Serves until successor elected |
| | | |
| | | |

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.

TREASURER
Richard Kahn (signature) — 6/10/2016
SIGNATURE — DATE
Richard Kahn
PRINTED FIRST NAME AND LAST NAME

PRESIDENT
(signature) — 6/10/16
SIGNATURE — DATE
Jeffrey Epstein
PRINTED FIRST NAME AND LAST NAME

- IF THE LAST REPORT DOES NOT COVER THE PERIOD IMMEDIATELY PRECEDING THE REPORT PERIOD COVERED BY THIS REPORT, A SUPPLEMENTARY REPORT ON THE SAME MUST BE FILED, BRIDGING THE GAP BETWEEN THE TWO REPORTS
- THIS REPORT IS NOT CONSIDERED COMPLETE UNLESS ACCOMPANIED BY A GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.
- FOREIGN SALES CORPORATIONS THAT ARE REGISTERED WITH THE SECURITY AND EXCHANGE COMMISSION MUST FRNISH EVIDENCE OF SUCH REGISTRATION AND COMPLY WITH BALANCE SHEET AND PROFIT AND LOSS STATEMENTS FCSS THAT ARE NOT REGISTERED WITH THE COMMISSION ARE EXEMPT FROM FILING THE GENERAL BALANCE SHEET AND THE PROFIT AND LOSS STATEMENT

023

2968845
$150
CHK 1020

THE UNITED STATES VIRGIN ISLANDS

# OFFICE OF THE LIEUTENANT GOVERNOR

## DIVISION OF CORPORATIONS AND TRADEMARKS

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

## FRANCHISE TAX REPORT – DOMESTIC CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th.
AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| | |
|---|---|
| TODAY'S DATE | 6/30/2015 |
| TAX CLOSING DATE | 12/31/2014 |
| EMPLOYER IDENTIFICATION NO. (EIN) | [redacted] |

**SECTION 1**

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| PHYSICAL ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| MAILING ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| NATURE OF BUSINESS | Holding Property for Personal Use |

**SECTION 2**

CAPITAL STOCK AUTHORIZED ON LAST FILED REPORT ______ 10,000 shares of common stock, $.01 par value
CAPITAL STOCK AUTHORIZED ON THIS DATE ______ 10,000 shares of common stock, $.01 par value

**SECTION 3 - PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS**

A. AS SHOWN ON LAST FILED REPORT — $1,000
B. ADDITIONAL CAPITAL PAID SINCE LAST REPORT — $ 0
C. SUM OF 'A' AND 'B' ABOVE — $1,000
D. PAID-IN CAPITAL WITHDRAWN SINCE LAST REPORT — $ 0
E. PAID-IN CAPITAL STOCK AT DATE OF THIS REPORT — $1,000
F. HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD — $1,000

**SECTION 4 - COMPUTATION OF TAX**

A. AT RATE OF $1.50 PER THOUSAND (PLEASE ROUND DOWN TO THE NEAREST THOUSAND) ON HIGHEST TOTAL PAID-IN CAPITAL STOCK AS REPORTED ON LINE 3F ABOVE — $150.00
B. TAX DUE (4A OR $150.00 (WHICHEVER IS GREATER)) — $150.00

**SECTION 5 – PENALTY AND INTEREST FOR LATE PAYMENT**

A. PENALTY – 20% OR $50.00 (WHICHEVER IS GREATER) OF 4B ______
B. INTEREST – 1% COMPOUNDED ANNUALLY FOR EACH MONTH, OR PART THEREOF, BY WHICH PAYMENT IS DELAYED BEYOND THE JUNE 30th DEADLINE ______
C. TOTAL PENALTY AND INTEREST ______

**SECTION 6 – TOTAL DUE (TAXES, PENALTY, INTEREST)**
SUM OF 4B AND 5C — $150.00

ENTERED AUG 0 6

**I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.**

TREASURER: Richard Kahn (signature) — 6/17/2015
SIGNATURE — DATE

PRESIDENT: (signature) — 6/17/15
SIGNATURE — DATE

024

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

# ANNUAL REPORT – DOMESTIC AND FOREIGN CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th. AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| TODAY'S DATE | TAX CLOSING DATE | EMPLOYER IDENTIFICATION NO. (EIN) |
|---|---|---|
| 6/30/2015 | 12/31/2014 | [redacted]9 |

**SECTION 1**

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| ADDRESS OF MAIN OFFICE | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| ADDRESS OF PRINCIPLE USVI OFFICE | Business Basics VI, LLC ,9100 Port of Sale Mall,Suite 15, St. Thomas,U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| COUNTRY/STATE OF INCORPORATION | U. S. Virgin Islands |
| AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR | 10,000 shares of common stock, $.01 par value |
| AMOUNT OF PAID-IN CAPITAL CAPITAL AT CLOSE OF FISCAL YEAR | $1,000 |
| AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE USVI DURING THE FISCAL YEAR | $1,000 |

**SECTION 2**

NAMES AND ADDRESSES OF ALL DIRECTORS AND OFFICERS OF THE CORPORATION AT THE CLOSE OF FISCAL YEAR ANDEXPIRATION DATES OF TERMS OF OFFICE -

| NAME/TITLE | ADDRESS | TERM EXPIRATION |
|---|---|---|
| Jeffrey E Epstein, President/Director | 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802 | Serves until successor elected |
| Richard Kahn, Treasurer/Director | [redacted] | Serves until successor elected |
| Darren K. Indyke, Vice President/Secretary/Director | [redacted] | Serves until successor elected |
| | | |
| | | |

**I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENT! TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION M GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.**

TREASURER
Richard Kahn (signature) — 6/17/2015
SIGNATURE — DATE
Richard Kahn
PRINTED FIRST NAME AND LAST NAME

PRESIDENT
(signature) — 6/17/15
SIGNATURE — DATE
Jeffrey Epstein
PRINTED FIRST NAME AND LAST NAME

- IF THE LAST REPORT DOES NOT COVER THE PERIOD IMMEDIATELY PRECEDING THE REPORT PERIOD COVERED BY THIS REPORT, A SUPPLEMENTARY REPORT ON THE SAME MUST BE FILED, BRIDGING THE GAP BETWEEN THE TWO REPORTS
- THIS REPORT IS NOT CONSIDERED COMPLETE UNLESS ACCOMPANIED BY A GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR, AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT
- FOREIGN SALES CORPORATIONS THAT ARE REGISTERED WITH THE SECURITY AND EXCHANGE COMMISSION MUST FRNISH EVIDENCE OF SUCH REGISTRATION AND COMPLY WITH BALANCE SHEET AND PROFIT AND LOSS STATEMENTS FCSS THAT ARE NOT REGISTERED WITH THE COMMISSION ARE EXEMPT FROM FILING THE GENERAL BALANCE SHEET AND THE PROFIT AND LOSS

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

# FRANCHISE TAX REPORT – DOMESTIC CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th.
AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| | |
|---|---|
| TODAY'S DATE | 6/30/2014 |
| TAX CLOSING DATE | 12/31/2013 |
| EMPLOYER IDENTIFICATION NO. (EIN) | [redacted]9 |

**SECTION 1**

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| PHYSICAL ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| MAILING ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| NATURE OF BUSINESS | Holding Property for Personal Use |

**SECTION 2**

| | |
|---|---|
| CAPITAL STOCK AUTHORIZED ON LAST FILED REPORT | 10,000 shares $.01 par value |
| CAPITAL STOCK AUTHORIZED ON THIS DATE | 10,000 shares $.01 par value |

**SECTION 3 - PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS**

| | | |
|---|---|---|
| A. | AS SHOWN ON LAST FILED REPORT | $1,000 |
| B. | ADDITIONAL CAPITAL PAID SINCE LAST REPORT | $ 0 |
| C. | SUM OF 'A' AND 'B' ABOVE | $1,000 |
| D. | PAID IN CAPITAL WITHDRAWN SINCE LAST REPORT | $ 0 |
| E. | PAID-IN CAPITAL STOCK AT DATE OF THIS REPORT | $1,000 |
| F. | HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD | $1,000 |

**SECTION 4 - COMPUTATION OF TAX**

| | | |
|---|---|---|
| A. | AT RATE OF $1.50 PER THOUSAND (PLEASE ROUND DOWN TO THE NEAREST THOUSAND) ON HIGHEST TOTAL PAID-IN CAPITAL STOCK AS REPORTED ON LINE 3F ABOVE | $150.00 |
| B. | TAX DUE (4A OR $150.00 (WHICHEVER IS GREATER)) | $150.00 |

**SECTION 5 – PENALTY AND INTEREST FOR LATE PAYMENT**

| | | |
|---|---|---|
| A. | PENALTY – 20% OR $50.00 (WHICHEVER IS GREATER) OF 4B | |
| B. | INTEREST – 1% COMPOUNDED ANNUALLY FOR EACH MONTH OR PART THEREOF, BY WHICH PAYMENT IS DELAYED BEYOND THE JUNE 30th DEADLINE | |
| C. | TOTAL PENALTY AND INTEREST | |

CK# 1013
#150.
2626153

**SECTION 6 – TOTAL DUE (TAXES, PENALTY, INTEREST)**

SUM OF 4B AND 5C — $150.00

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.

TREASURER [signature] 6/30/2014
SIGNATURE DATE

PRESIDENT [signature] 026 6/30/14
SIGNATURE DATE

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted Virgin Islands 00820
Phone - 340 773 6449
Fax 340 773.0330

# ANNUAL REPORT – DOMESTIC AND FOREIGN CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE EACH YEAR ON OR BEFORE JUNE 30TH AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| TODAY'S DATE | TAX CLOSING DATE | EMPLOYER IDENTIFICATION NO. (EIN) |
|---|---|---|
| 6/30/2014 | 12/31/2013 | [redacted]9 |

**SECTION 1**

CORPORATION NAME: Cypress, Inc

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3 St. Thomas, U S. Virgin Islands 00802

ADDRESS OF PRINCIPLE USVI OFFICE: Business Basics VI, LLC ,9100 Port of Sale Mall Suite 15 . St Thomas .U.S. Virgin Islands 00802

DATE OF INCORPORATION: 11/22/2011

COUNTRY/STATE OF INCORPORATION: U. S. Virgin Islands

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 10,000 shares $ 01 par value

AMOUNT OF PAID-IN CAPITAL CAPITAL AT CLOSE OF FISCAL YEAR: 1,000

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE USVI DURING THE FISCAL YEAR: 1,000

**SECTION 2**

NAMES AND ADDRESSES OF ALL DIRECTORS AND OFFICERS OF THE CORPORATION AT THE CLOSE OF FISCAL YEAR ANDEXPIRATION DATES OF TERMS OF OFFICE –

| NAME/TITLE | ADDRESS | TERM EXPIRATION |
|---|---|---|
| Jeffrey E Epstein President/Director | 6100 Red Hook Quarter, B3 ,St. Thomas USVI 00802 | Serves until successor elected |
| Richard Kahn Treasurer/Director | [redacted] | Serves until successor elected |
| Darren K Indyke Vice President/Secretary/Director | [redacted] | Serves until successor elected |
| | | |
| | | |

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.

TREASURER
[signature] 6/30/2014
SIGNATURE DATE
Richard Kahn
PRINTED FIRST NAME AND LAST NAME

PRESIDENT
[signature] 6/30/14
SIGNATURE DATE
Jeffrey Epstein
PRINTED FIRST NAME AND LAST NAME

- IF THE LAST REPORT DOES NOT COVER THE PERIOD IMMEDIATELY PRECEDING THE REPORT PERIOD COVERED BY THIS REPORT A SUPPLEMENTARY REPORT ON THE SAME MUST BE FILED BRIDGING THE GAP BETWEEN THE TWO REPORTS
- THIS REPORT IS NOT CONSIDERED COMPLETE UNLESS ACCOMPANIED BY A GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.
- FOREIGN SALES CORPORATIONS THAT ARE REGISTERED WITH THE SECURITY AND EXCHANGE COMMISSION MUST FRNISH EVIDENCE OF SUCH REGISTRATION AND COMPLY WITH BALANCE SHEET AND PROFIT AND LOSS STATEMENTS FCSS THAT ARE NOT REGISTERED WITH THE COMMISSION ARE EXEMPT FROM FILING THE GENERAL BALANCE SHEET AND THE PROFIT AND LOSS STATEMENT

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340 776 4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

# FRANCHISE TAX REPORT – DOMESTIC CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th.
AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| | |
|---|---|
| TODAY'S DATE | 6/30/2013 |
| TAX CLOSING DATE | 12/31/2012 |
| EMPLOYER IDENTIFICATION NO. (EIN) | [redacted]9 |

SECTION 1

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| PHYSICAL ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| MAILING ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| NATURE OF BUSINESS | Holding Property for Personal Use |

SECT...

&k2G8UsOPsOSsOBs3T0L0H00s12.00Vs10H3E6.0
C60F
MISCELLANEOUS PAYMENT RECPT#: 2286105
Gov't of the U.S. Virgin Islan
2314 Kronprindsens Gade
Charlotte Analie VI 00802

DATE: 06/28/13 TIME: 15:09
CLERK: aventuri DEPT: LIGOVSTI
CUSTOMER#: 0

COMMENT: 2013

CHG: 21085J CORPORATE FRANC 150.00

AMOUNT PAID: 150.00

PAID BY: CYPRESS, INC
PAYMENT METH: CHECK
1008
REFERENCE:

AMT TENDERED: 150.00
AMT APPLIED: 150.00
CHANGE: .00

10,000 shares $.01 par value
10,000 shares $.01 par value

SEC ...S

| | |
|---|---|
| | $1,000 |
| | $ 0 |
| | $1,000 |
| ...RT | $ 0 |
| ...T | $1,000 |
| ...REPORTING PERIOD | $1,000 |

| | |
|---|---|
| ...ND DOWN TO THE NEAREST THOUSAND) | |
| ...REPORTED ON LINE 3F ABOVE | $150.00 |
| ...ER)) | $150.00 |

R # 2286105
$ 150.00
C. # 1008

...ATER) OF 4B
...EACH MONTH.
...AYED BEYOND

$150 00

...STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ...ADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION ...RATION

PRESIDENT

SIGNATURE DATE SIGNATURE

028

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340 776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340 773.0330

# ANNUAL REPORT – DOMESTIC AND FOREIGN CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th. AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| TODAY'S DATE | TAX CLOSING DATE | EMPLOYER IDENTIFICATION NO. (EIN) |
|---|---|---|
| 6/30/2013 | 12/31/2012 | [redacted]9 |

SECTION 1

| | |
|---|---|
| CORPORATION NAME | Cypress, Inc. |
| ADDRESS OF MAIN OFFICE | 6100 Red Hook Quarter, B3 ,St. Thomas, U.S. Virgin Islands 00802 |
| ADDRESS OF PRINCIPLE USVI OFFICE | Business Basics VI, LLC ,9100 Port of Sale Mall Suite 15 , St. Thomas ,U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/22/2011 |
| COUNTRY/STATE OF INCORPORATION | U. S. Virgin Islands |
| AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR | 10,000 shares $.01 par value |
| AMOUNT OF PAID-IN CAPITAL CAPITAL AT CLOSE OF FISCAL YEAR | 1,000 |
| AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE USVI DURING THE FISCAL YEAR | 1,000 |

SECTION 2

NAMES AND ADDRESSES OF ALL DIRECTORS AND OFFICERS OF THE CORPORATION AT THE CLOSE OF FISCAL YEAR ANDEXPIRATION DATES OF TERMS OF OFFICE -

| NAME/TITLE | ADDRESS | TERM EXPIRATION |
|---|---|---|
| Jeffrey E Epstein President/Director | 6100 Red Hook Quarter, B3 ,St. Thomas USVI 00802 | Serves until successor elected |
| Richard Kahn Treasurer/Director | [redacted] | Serves until successor elected |
| Darren K. Indyke Vice President/Secretary/Director | [redacted] | Serves until successor elected |
| | | |
| | | |

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION

TREASURER

SIGNATURE [signature] DATE

Richard Kahn
PRINTED FIRST NAME AND LAST NAME

PRESIDENT

SIGNATURE [signature] DATE

Jeffrey Epstein
PRINTED FIRST NAME AND LAST NAME

- IF THE LAST REPORT DOES NOT COVER THE PERIOD IMMEDIATELY PRECEDING THE REPORT PERIOD COVERED BY THIS REPORT, A SUPPLEMENTARY REPORT ON THE SAME MUST BE FILED BRIDGING THE GAP BETWEEN THE TWO REPORTS.
- THIS REPORT IS NOT CONSIDERED COMPLETE UNLESS ACCOMPANIED BY A GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR, AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT

029

- FOREIGN SALES CORPORATIONS THAT ARE REGISTERED WITH THE SECURITY AND EXCHANGE COMMISSION MUST FRNISH EVIDENCE OF SUCH REGISTRATION AND COMPLY WITH BALANCE SHEET AND PROFIT AND LOSS STATEMENTS. FCSS THAT ARE NOT REGISTERED WITH THE COMMISSION ARE EXEMPT FROM FILING THE GENERAL BALANCE SHEET AND THE PROFIT AND LOSS STATEMENT

# GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR

## REPORT

DIVISION OF CORPORATION AND TRADEMARKS
TEL (340) 776-8515 • FAX (340) 776-4612

OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

Date of Report June 30, 2012

Date of Last Report First report

This Report is for the Period Ended June 30th, 2012

EMPLOYER I.D. No.:66-0776879

1) NAME OF CORPORATION: Cypress Inc.

a. Address: 6100 Red Hook Quarter, B3 St. Thomas USVI 00802
b. Date of Incorporation: November 22, 2011
c. Kind of Business: Holding Property for Personal Use

2) AMOUNT OF CAPITAL STOCK AUTHORIZED:

a. When last report filed ............ 10000 shares common stock $ 0 par
b. On date of this report ............ 10000 shares common stock $ 0 par

3) AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

a. As shown on last report filed ............ $
b. Additional capital paid in since last report ............ $
c. Sum of (a) and (b) ............ $
d. Paid-in Capital withdrawn since last report ............ $ -
e. Paid-in Capital Stock at date of this report ............ $ 1000
f. HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD ............ $ 1000

4) COMPUTATION OF TAX:

a. At rate of $1.50 per M (fractions of a thousand disregarded) on highest total paid-in capital stock as reported on Line 3(f) above $ 150
b. TAX DUE: (Above figure, or $150 whichever is greater) $ - ............ $ 150

5) PENALTY AND INTEREST FOR LATE PAYMENT:

a. 20% or $50.00 whichever is greater penalty for failure to pay by June 30th $ -
b. 1 % interest compounded annually for each month or part thereof by which payment is delayed beyond June 30th $ -
c. Total Penalty And Interest: ............ $ -

6) TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c) ............ $ 150

(Attach checks payable to The Government of the Virgin Islands and mail documents to the Office of the Lieutenant Governor, Division of Corporation and Trademarks, 5049 Kongens Gade, St. Thomas, VI 00802-6487.)

2012 ... 17 PM 2:39 (stamp)

Certified Correct

Treasurer

President

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

(DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

**NAME OF CORPORATION:** Cypress, Inc.

**ADDRESS OF MAIN OFFICE:** 6100 Red Hook Quarter, B3 St. Thomas, VI 00802

**PRINCIPAL OFFICE IN THE VIRGIN ISLANDS:** 6100 Red Hook Quarter , B3 St. Thomas, VI 00802

**RESIDENT OR AUTHORIZED AGENT IN THE VI:** [redacted]

**COUNTRY OR STATE IN WHICH INCORPORATED:** United States Virgin Islands

**FISCAL YEAR COVERED BY LAST REPORT FILED:** First Report

**FISCAL YEAR COVERED BY THIS REPORT:** December 31, 2011

**AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR** 10,000 shares common stock, $.01 par value

**AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR** 1,000

**AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR:** 1,000

**NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE**

Jeffrey Epstein -President/Director Serves until successor elected

6100 Red Hook Quarter B3 St. Thomas USVI 00802

Richard Kahn –Treasurer/Director Serves until successor elected

[redacted]

Darren Indyke –Vice President and Secretary/Director Serves until successor elected

[redacted]

2012 JUL 17

RECEIVED

**DATED** June 30, 2012

**VERIFIED** ______________________
(PRESIDENT OR VICE PRESIDENT)

______________________
(TREASURER OR ASST. TREASURER)

1. If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2. **THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.**