**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*State of New Mexico vs. U.S. Department of Justice, et al.*

# Complaint-Exhibit 4

# STATE OF NEW MEXICO
OFFICE OF THE ATTORNEY GENERAL

## HECTOR H. BALDERAS
## ATTORNEY GENERAL

September 17, 2019

Maurene Comey
Assistant United States Attorney
Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007
Maurene.Comey@usdoj.gov

*Via email & U.S. Mail*

**Re: Continued investigation into possible collaborators of Jeffrey Epstein**

Dear Ms. Comey,

Thank you for speaking with myself and others from the New Mexico Office of the Attorney General last week. Pursuant to our telephone conversation, this Office is providing the enclosed materials related to the criminal investigation and potential prosecution of Jeffrey Epstein's co-conspirators. The enclosed documents include police reports, recorded witness interviews, correspondence amongst New Mexico State agencies, and documents related to Epstein's leasing of New Mexico public lands.

As previously discussed, all conduct described in our investigation occurred prior to 2008, the year New Mexico enacted its human-trafficking statute. *See* NMSA 1978, Sections 30-52-1 to -2.1. Should you have any questions, require any law-enforcement assistance in New Mexico, or become aware of any criminal charges implicating New Mexico law not barred by New Mexico's statute of limitations, NMSA 1978, Section 30-1-8, I ask that you do not hesitate to contact me directly.

Should further investigation reveal additional survivors of crimes occurring in New Mexico, know that this Office intends to work in union with the United States Attorney for the District of New Mexico to ensure that these brave survivors have the opportunity to see that justice is achieved in a court of law. Again, please contact me personally if your investigation reveals survivors of crimes occurring in New Mexico not mentioned in the provided investigative materials.

TOLL FREE 1-844-255-9210 TELEPHONE: (505)490-4060 FAX: (505)490-4883 www.nmag.gov
MAILING ADDRESS: P.O. DRAWER 1508 - SANTA FE, NEW MEXICO 87504-1508
STREET ADDRESS: 408 GALISTEO STREET - SANTA FE, NEW MEXICO 87501

Epstein's death should not be the end of this criminal inquiry. I thus thank you for continuing to give this serious matter the attention it deserves. This Office will continue to update you in a timely manner should we become aware of any new information that could be assistive to you.

Respectfully,



**Clara Moran**
Chief Deputy Attorney General