**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*State of New Mexico vs. U.S. Department of Justice, et al.*

# Complaint-Exhibit 5



**Jones, Zachary <zjones@nmag.gov>**

---

## Ghislaine Maxwell

3 messages

---

**Zach Jones** <zjones@nmag.gov> Thu, Jul 2, 2020 at 8:14 AM
To: Maurene.Comey@usdoj.gov
Cc: Clara Moran <cmoran@nmag.gov>, "Brennan, Collin" <cbrennan@nmag.gov>

Ms Comey,

I learned through the media that Ghislaine Maxwell was arrested today and is facing Federal charges Please know that the New Mexico Office of the Attorney General stands ready to assist with this Federal prosecution as needed, and also stands willing to move forward on any State-level charges, should any viable charges exist

Please do not hesitate to contact myself or Chief Deputy District Attorney Clara Moran (included on this email) should you wish to discuss this matter. Have a good day.

Zach Jones
Assistant Attorney General
Cell: 505-252-4950

---

**Comey, Maurene (USANYS)** <Maurene.Comey@usdoj.gov> Thu, Jul 2, 2020 at 3:22 PM
To: Zach Jones <zjones@nmag.gov>
Cc: Clara Moran <cmoran@nmag.gov>, "Brennan, Collin" <cbrennan@nmag.gov>, "Moe, Alison (USANYS)" <Alison.Moe@usdoj.gov>, "Rossmiller, Alexander (USANYS)" <Alexander.Rossmiller@usdoj.gov>

Thank you very much for reaching out. We very much appreciate your support, and we will reach out should we learn of viable state-level charges that are not already covered by our federal investigation.

Best,

Maurene

Maurene Comey

Assistant United States Attorney

Southern District of New York

1 St. Andrew's Plaza

New York, NY 10007

212-637-2324

Maurene.Comey@usdoj.gov

[Quoted te t hidden]

---

**Zach Jones** <zjones@nmag.gov> Tue, Sep 22, 2020 at 2:37 PM
To: Malaquias Rael <mrael@nmag.gov>, Jennifer Saavedra <jsaavedra@nmag.gov>

[Quoted te  t hidden]