**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*State of New Mexico vs. U.S. Department of Justice, et al.*

# Complaint-Exhibit 10

(https://nmdoj.gov)

(/press-releases/) View All Press Releases (/press-releases/)

# Statement from New Mexico Department of Justice Spokesperson Regarding Today's Search of the Former 'Zorro Ranch'

March 9, 2026

"At the direction of Attorney General Torrez, the New Mexico Department of Justice initiated a search this morning of the Zorro Ranch property previously owned by Jeffrey Epstein, with the New Mexico State Police and Sandoval County Fire and Rescue K-9 team providing assistance. This search is part of the criminal investigation announced by the New Mexico Department of Justice on February 19th into allegations of illegal activity at Epstein's ranch prior to Epstein's 2019 death. The New Mexico Department of Justice appreciates the cooperation of the current property owners in granting access for the search and extends its thanks to the ranch staff for their professionalism. We urge the public to please stay away from the area and ground any drone activity nearby to avoid interfering with the ongoing law enforcement operation. The New Mexico Department of Justice will continue to keep the public appropriately informed, support the survivors, and follow the facts wherever they lead."

The New Mexico Department of Justice is seeking credible information from members of the public who may have knowledge relevant to events that occurred in New Mexico. If you have information that may assist this investigation, we encourage you to **submit a tip (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fnmdoj.gov%2Fget-help%2Fepstein-zorro-tips%2F&data=05%7C02%7CCPitvorec%40nmdoj.gov%7Ca4aacb0911874fabaf2108de7e230410%7C43dd4ba**

## Most Viewed

New Mexico Department of Justice Wins Landmark Verdict Against Meta (https://nmdoj.gov/press-release/new-mexico-department-of-justice-wins-landmark-verdict-against-meta/)
March 24, 2026

Attorney General Raúl Torrez: USDOJ is Hindering Our Criminal Investigation by Withholding Unredacted Epstein Files (https://nmdoj.gov/press-

(https://nmdoj.gov)

release/attorney-general-raul-torrez-usdoj-is-hindering-our-criminal-investigation-by-withholding-unredacted-epstein-files/)
July 9, 2026

New Mexico Department of Justice Secures Conviction Against Las Cruces Police Officer Brad Lunsford for the Shooting Death of Presley Eze (https://nmdoj.gov/press-release/new-mexico-department-of-justice-secures-conviction-against-las-cruces-police-officer-brad-lunsford-for-the-shooting-death-of-presley-eze/)
February 12, 2025

Statement from the New Mexico Department of Justice Regarding Zorro Ranch (https://nmdoj.gov/press-release/statement-from-the-new-mexico-department-of-justice-regarding-zorro-ranch/)
February 19, 2026

MEDIA ALERT: The New Mexico Department of Justice Urges Community Members to Be Vigilant When Seeking Weight-Loss Medications (https://nmdoj.gov/press-release/media-alert-the-new-mexico-department-of-justice-urges-community-members-to-be-vigilant-when-seeking-weight-loss-medications/)
October 31, 2025