**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*State of New Mexico vs. U.S. Department of Justice, et al.*

**Complaint-Exhibit 14**

**New Mexico Department** *of* **Justice**

May 3, 2026

## VIA CERTIFIED U.S. MAIL & ELECTRONIC MAIL

Ryan Ellison
First Assistant United States Attorney
United States Attorney's Office
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
Ryan.ellison@usdoj.gov

Justin A. Garris
Special Agent in Charge
Federal Bureau of Investigation-
Albuquerque
4200 Luecking Park Avenue NE
Albuquerque, NM 87107
███████@fbi.gov

> *Re: Touhy Letter — Law Enforcement Request for Access to Unredacted and Unreleased Records Concerning Jeffrey Epstein and Associates — Zorro Ranch (Santa Fe County, New Mexico)*

First Assistant United States Attorney Ellison and Special Agent in Charge Garris:

In February 2026, the New Mexico Department of Justice ("NMDOJ") reopened its investigation into allegations of criminal activity involving Jeffrey Epstein, Ghislaine Maxwell, and their associates at the "Zorro Ranch" in Santa Fe County, New Mexico. To further the NMDOJ's investigation, we respectfully submit this *Touhy* letter to request access to view and utilize unredacted and unreleased records in the custody of United States Department of Justice ("USDOJ").

On April 1, 2026, the NMDOJ conferred with Diego Pestana, Associate Deputy Attorney General at the USDOJ, who affirmed the Department's commitment to assisting with the NMDOJ's ongoing investigation and requested that the NMDOJ submit a *Tuohy* letter through standard channels. Thorough investigations and meaningful accountability depend on strong collaboration among state and federal partners, including appropriate information-sharing and effective coordination. We appreciate Mr. Pestana's support for this approach and for the NMDOJ's ongoing work on behalf of crime victims.

Thus, we submit this Touhy letter pursuant to 28 C.F.R. §§ 16.21–16.29 (2026) to request access to documents collected, assembled, and prepared in connection with investigations and prosecutions previously handled by the USDOJ. Specifically, we seek the redacted materials contained in the USDOJ's 'Epstein Library,' compiled pursuant to Section 2(a)(1)–(9) of the Epstein Files Transparency Act, Public Law 119-38 (Nov. 19, 2025), along with any relevant non-privileged unreleased files. Access to these records is essential to ensure the fair and effective administration of justice for the numerous named and unnamed victims of Epstein and his associates. As required by *Tuohy* regulations, the NMDOJ affirms that the United States is not anticipated to be a party to this matter.

**Background on Investigation into Criminal Activity at the Zorro Ranch**

Jeffrey Epstein purchased Zorro Ranch in 1993, and multiple survivors have detailed abuse at the property, with allegations dating back to 1996 and spanning over two decades. The NMDOJ opened an investigation into these allegations in 2019, but closed it at the request of the U.S. Attorney's Office for the Southern District of New York and forwarded its case file for use in prosecuting Epstein's co-conspirators. Federal charges brought against Ghislaine Maxwell in 2020 culminated in her December 2021 federal conviction following testimony from several victims, some of whom described abuse at Zorro Ranch. Yet that conviction leaves unresolved critical questions about the events in New Mexico and whether state crimes were committed.

The NMDOJ opened its investigation in February 2026 following the release of the redacted Epstein files by the USDOJ. For the first time, those materials provided insight into the possible scope of Epstein and his associates' activities at the ranch. On March 9, 2026, the NMDOJ executed a search of the property and has since begun contacting potential victims and witnesses to develop a firsthand account of events.

**The Necessity and Relevance of Accessing Unredacted, Unreleased Materials**

Access to complete, unredacted and unreleased versions of investigative records is essential to advancing the NMDOJ's investigation. Drawing on claims raised in related litigation and information discernible from the redacted USDOJ files, the state of New Mexico is investigating potential felony offenses, including but not limited to homicide, kidnapping, criminal sexual penetration, criminal sexual contact, and human trafficking. *See NMSA 1978, §§ 30-2-1, 30-4-1, 30-9-11 to -13, and 30-52-*

*1.* Securing the requested records is necessary and relevant to corroborate victim testimony, construct an accurate timeline of events, identify additional victims and witnesses, and enable the identification and charging of potential offenders.

Based on the NMDOJ's cursory review of opensource, redacted materials, several records appear to indicate activity in or tied to New Mexico that warrants further investigation, yet the present redactions impede meaningful follow-up. The following is a *non-exhaustive* snapshot of documents that reflects the matters the NMDOJ aims to investigate further in its criminal inquiry:

1. **EFTA00158500 to EFTA00158513:** A February 2020 FBI interview reflects that the victim was brought to New Mexico on multiple occasions in the late 1990s and early 2000s as part of a broader grooming relationship involving Jeffrey Epstein, Ghislaine Maxwell, and other unidentified individuals. Access to unredacted names and details would allow NMDOJ investigators to identify potential witnesses, verify travel movements, and conduct a more thorough examination of the victim's experiences in New Mexico.

2. **EFTA02731082 to 02731167:** A December 2019 prosecution memorandum outlines at least four minors and two adults that documented multiple instances of sexual assault by Epstein, Maxwell, and others in New Mexico. The memo references additional individuals whose identities remain redacted, limiting the NMDOJ's ability to conduct follow-up interviews.

3. **EFTA01245658 to EFTA01245661:** Interview notes from July 2019 reflect that a redacted victim reported traveling to Zorro Ranch on at least five occasions, including an incident involving forced, non-consensual intercourse by Epstein. The victim also identified multiple individuals present at the ranch—the names being fully redacted—whose identities and roles are material to the NMDOJ's investigation.

4. **EFTA01699047 to EFTA01699160:** 2006 FBI interview notes document a victim's redacted account of being flown to Santa Fe, where Ghislaine Maxwell performed a non-consensual massage before Epstein later sexually assaulted her. Additional information from this witness could help identify other ranch personnel, clarify the relationships among Epstein, Maxwell, and their associates, and generate further leads to corroborating evidence.

5. **EFTA00173832 to EFTA00173833:** A redacted interview summarizing the account of a professional massage therapist who provided services to Epstein, Maxwell, and multiple young women over a three-year period at Zorro Ranch. The witness describes how the massages became sexual in nature and details Maxwell's role in facilitating the conduct. An unredacted version would enable NMDOJ to identify house managers, additional individuals who received massages, and other women referenced within the document.

6. **EFTA00020495 to EFTA00020496:** FBI intake report documenting a man's allegation that he was "raped" at Zorro Ranch. Identifying this individual would enable investigators to pursue further questioning, locate potential corroborating witnesses, and assess the credibility of the allegations.

7. **EFTA01245688 to EFTA01245693:** A 2020 FBI interview summarizes a redacted victim's account of events at Zorro Ranch in 2002, including interactions with members of Epstein's 'inner circle.' Further investigation by NMDOJ could examine Maxwell's and others' roles in Epstein's operations and assess whether their involvement constituted co-conspiracy or accessory liability under New Mexico law.

8. **EFTA00090595 to EFTA00090597:** An FBI report outlines a redacted victim's account of meeting Epstein and Maxwell at age 15, flying with Epstein to New Mexico and spending several days at Zorro Ranch, where she described sexual conduct involving Epstein and the presence of other young women. Identifying this victim and other individuals present would allow NMDOJ to interview them and evaluate potential criminal conduct.

9. **EFTA01250231 to EFTA01250232:** An FBI complaint form detailing a November 2019 email received from an Albuquerque, New Mexico resident from an unidentified individual providing videos of sexual abuse by Epstein and the location of two foreign girls purportedly buried on the Zorro Ranch.

10. Multiple emails, receipts, and other records related to operations and staffing at Zorro Ranch are heavily redacted, leaving dates, identities, and other key details obscured and hindering a full understanding of potential criminal activity at the ranch.

The considerations set forth in 28 C.F.R. §§ 16.26 support the NMDOJ's access to and use of the complete, unredacted records. Because the State would be required to

4

disclose such materials under the rules of criminal procedure in any resulting prosecution—and because the NMDOJ is not seeking information barred by statute, regulation, or Subpart (b)—full access is both appropriate and consistent with governing law.

The considerations in Subpart (c) also support granting access to the requested materials. The offenses alleged to have occurred in New Mexico were extensive, severe, and inflicted lasting harm on the survivors who spent time at Zorro Ranch. Given the gravity of these violations, Epstein's documented history of sexual exploitation, and the State's compelling interest in pursuing accountability, the administration of justice strongly favors disclosure.

**The NMDOJ Seeks to Minimize the Burden on the USDOJ**

The NMDOJ seeks to minimize any administrative or financial burden on the USDOJ. To that end, rather than request that the USDOJ undertake the resource-intensive task of identifying records relevant to New Mexico's investigation, the NMDOJ is prepared to send a team to Main Justice to conduct the review. Our legal team stands ready to examine the materials in person, subject to reasonable security protocols and access conditions the USDOJ deems appropriate. The NMDOJ is committed to safeguarding the confidentiality of these records. Use of records will be limited to material bearing directly on potential criminal activity in New Mexico and to information reasonably calculated to lead to admissible evidence.

***

The NMDOJ appreciates the USDOJ's stated commitment to assisting the State of New Mexico in its efforts to pursue justice for the survivors of Epstein's abuse. Your willingness to engage collaboratively and support this work underscores the shared obligation of our institutions to protect victims, uphold the rule of law, and ensure accountability. We look forward to continuing our partnership.

We respectfully request that your office respond by May 11, 2026, so that logistical arrangements can be timely finalized. We are prepared to move forward at your earliest convenience.

Sincerely,

Sean P. Sullivan
Special Counsel
New Mexico Department of Justice
201 3rd St. NW, Suite 300
Albuquerque, NM 87102
(505) 670-1239
ssullivan@nmdoj.gov

**<u>C.C. VIA ELECTRONIC MAIL</u>**:
John Duran, Chief of Criminal Affairs, JDuran@nmdoj.gov
Joseph Martinez, General Counsel, jmmartinez@nmdoj.gov