**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| State of New Mexico | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2762-AHA |
| | ) | |
| Department of Justice, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS**
**OR, IN THE ALTERNATIVE, MOTION FOR**
**SUMMARY JUDGMENT**

Pursuant to Rules 12(b)(1) and 56(a) of the Federal Rules of Civil Procedure, Defendants hereby move to dismiss the Complaint, ECF No. 1, for lack of subject matter jurisdiction or, in the alternative, because there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law. A brief in support of this motion explains that Defendants are entitled to dismissal.

Dated: October 12, 2026 Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Richard C. Giles*
RICHARD C. GILES
Trial Attorney (WY Bar No. 8-7222)
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 598-7598
Email: Richard.C.Giles@usdoj.gov

*Counsel for Defendants*