**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| State of New Mexico | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2762-AHA |
| | ) | |
| Department of Justice, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Complaint, ECF No. 1, Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment, Defendants' brief, and the entire record herein, IT IS HEREBY ORDERED that the Defendants' Motion is GRANTED. Plaintiffs' Complaint, ECF No. 1, is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated:

________________________________

Hon. Amir H. Ali
United States District Judge