**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF NEW MEXICO,

*Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants*.

Case No. 1:26-cv-02762 (AHA)

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiff State of New Mexico respectfully moves this Court to issue an order extending its deadline to reply to Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, ECF No. 8, to Tuesday, November 9, 2026.

1. On October 12, 2026, Defendants filed their Motion to Dismiss or in the Alternative for Summary Judgment. Under Local Civil Rule 7(b) and Federal Rule of Civil Procedure 6(a), the State of New Mexico's response is currently due on October 26, 2026.

2. This Court has previously granted one extension of time for Defendants to respond to the Complaint. *See* ECF No. 7. This is Plaintiff's first request for an extension of time.

3. Plaintiff expects that Defendants will submit a reciprocal request for extension of their reply brief deadline should the Court extend Plaintiff's response deadline. No other currently pending deadlines will be affected by this extension request.

4. Good cause exists for the requested extension. Defendants' motion presents both a threshold jurisdictional challenge and an alternative motion for summary judgment on the merits. The administrative record has not yet been served on Plaintiff, and a thorough response to Defendants' motion requires Plaintiff to address multiple substantive legal and

factual issues under a variety of statutes, regulations, orders, and other authorities. The additional time will allow Plaintiff to present these issues fully and will assist the Court in resolving the motion.

5. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Defendants. This motion is unopposed.

6. A proposed order is attached.

Dated: October 22, 2026

Respectfully submitted,

**RAÚL TORREZ**
**NEW MEXICO ATTORNEY GENERAL**

By: *_/s/ Anjana Samant_*
Anjana Samant, D.D.C. Bar ID 4267019
*Director*
NEW MEXICO DEPARTMENT OF JUSTICE
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
asamant@nmdoj.gov

Amanda Butler (admitted *pro hac vice*)
*Senior Counsel*
Jessica Serrano (admitted *pro hac vice*)
*Senior Counsel*
NEW MEXICO DEPARTMENT OF JUSTICE
201 3rd Street, NW, Suite 300
Albuquerque, New Mexico 87102
(505) 490-4060
abutler@nmdoj.gov
jserrano@nmdoj.gov

Mark T. Baker (*pro hac vice* forthcoming)
Jacques H. Chouinard (*pro hac vice* forthcoming)
PEIFER, HANSON, MULLINS & BAKER, P.A.
500 Marquette Street NW, Suite 510
Albuquerque, New Mexico 87102
(505) 247-4800
mbaker@peiferlaw.com
jchouinard@peiferlaw.com

*Attorneys for the State of New Mexico*