**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF NEW MEXICO,

*Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants*.

Case No. 1:26-cv-02762 (AHA)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Its Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, IT IS HEREBY ORDERED that the Plaintiff's Motion is GRANTED. The Court extends Plaintiffs' deadline to respond to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, ECF No. 8, by fourteen (14) days to November 9, 2026.

SO ORDERED.

Dated: ____________________

______________________________
Hon. Amir H. Ali