**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| State of New Mexico | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2762-AHA |
| | ) | |
| Department of Justice, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of a certified list of the contents of the Administrative Record. A certification of the Administrative Record and its index accompany this filing. As displayed in the Administrative Record's index, the full contents of the Administrative Record were produced when Plaintiff attached to the complaint the New Mexico Department of Justice May 3, 2026 Touhy Letter and the U.S. Department of Justice June 30, 2026 Touhy Response to the May 3, 2026 letter.

Dated: November 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Richard C. Giles*
Richard C. Giles
Trial Attorney (WY Bar No. 8-7222)
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW

Washington, D.C. 20005
Tel.:(202) 598-7598
Fax: (202) 616-8470
Email: Richard.C.Giles@usdoj.gov