**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| State of New Mexico, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-2762-AHA |
| | ) | |
| Department of Justice, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD INDEX**

I, Kimberly A. Brawley, Deputy United States Attorney for the District of New Mexico, U.S. Department of Justice, hereby certify that the attached Administrative Record Index is a true, correct, and complete copy of the documents that comprise the Administrative Record for the Department of Justice, United States Attorney's Office for the District of New Mexico June 30, 2026 *Touhy* denial letter related to the above-captioned case, excluding privileged documents and any documents whose disclosure or production is prohibited by statute, court order, or Department of Justice policy.

Dated: November 9, 2026

By: KIMBERLY BRAWLEY Digitally signed by KIMBERLY BRAWLEY Date: 2026.11.09 08:43:45 -07'00'
KIMBERLY A. BRAWLEY
Deputy United States Attorney
District of New Mexico

**CERTIFIED ADMINISTRATIVE RECORD INDEX**
**U.S. DEPARTMENT OF JUSTICE**
**TOUHY RESPONSE—JUNE 30, 2026 LETTER FROM RYAN ELLISION, FIRST ASSISTANT U.S. ATTORNEY FOR THE DISTRICT OF NEW MEXICO**

| AR BATES BEGIN | AR BATES END | Document Description |
|---|---|---|
| AR01 | AR06 | New Mexico Department of Justice, May 3, 2026 Touhy Letter — Law Enforcement Request for Access to Unredacted and Unreleased Records Concerning Jeffrey Epstein and Associates — Zorro Ranch (Santa Fe County, New Mexico), |
| AR07 | AR46 | U.S. Department of Justice, June 30, 2026 Touhy Response to May 3, 2026 New Mexico Department of Justice Request |