**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF NEW MEXICO,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants.* | Case No. 1:26-cv-02762 (AHA) |

**PLAINTIFF'S UNOPPOSED MOTION**
**<u>FOR LEAVE TO FILE EXHIBIT UNDER SEAL</u>**

Pursuant to Federal Rule of Civil Procedure 7(b), Local Civil Rule 5.1(h), Federal Rule of Criminal Procedure 6(e)(6), and this Court's Standing Order for Civil Cases, Doc. 5 at § 5(D), Plaintiff State of New Mexico (the "State") respectfully moves this Court for an Order granting leave to file under seal the State of New Mexico's Grand Jury Subpoena Duces Tecum to the United States Department of Justice ("Grand Jury Subpoena"). The Grand Jury Subpoena will be attached as Exhibit A to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment, filed contemporaneously herewith.

Full sealing of the Grand Jury Subpoena is necessary to protect the confidentiality of New Mexico's ongoing investigation into crimes committed by Jeffrey Epstein and his co-conspirators in the state and per New Mexico's Grand Jury Secrecy Rule, NM Stat. Ann. § 31-6-4 (2025). Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Defendants. This motion is unopposed. It also is supported by good cause.

1. On August 6, 2026, the New Mexico Department of Justice issued a Grand Jury Subpoena Deuces Tecum to the United States Department of Justice (USDOJ) directly relevant to issues USDOJ raises in its pending motion to dismiss or for summary judgment, Doc. 8-1.

2. This Court normally analyzes six factors to determine whether to allow documents to be filed under seal. *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980). Here, however, the State is under a statutory obligation to maintain the confidentiality of the specific contents of the subpoena. *See* N.M. Stat. Ann. § 31-6-4. Applying the secrecy requirements of Federaul Rule of Criminal Procedure 6, the United States Court of Appeals for the District of Columbia Circuit has held that courts need not work through each factor because "Congress has spoken directly to the issue at hand." *In re Application of Leopold to Unseal Certain Elec. Surveillance Applications & Orders*, 964 F.3d 1121, 1130 (D.C. Cir. 1980). Federal Rule of Criminal Procedure 6(e)(6), "which provides that '[r]ecords, orders, and subpoenas relating to grand-jury proceedings must be kept under seal to the extent and as long as necessary to prevent the unauthorized disclosure of a matter occurring before a grand jury," displaces the *Hubbard* test in making document sealing determinations. *Id.* The Court can follow the same reasoning here.

3. To the extent the Court instead applies each *Hubbard* factor, the balance still supports sealing: (1) the public has no need to access materials from the pending New Mexico grand jury proceedings; (2) the public has not been given access to the subpoena; (3) the Government does not oppose sealing and the State knows of no party that objects to granting this relief; (4) disclosure of grand jury proceedings implicates privacy interests and the State's interests in maintaining the integrity of the criminal justice system; (5) with no known opponent of sealing, there is not a risk of prejudice to such opponents; and (6) the subpoena is being used in this case

for purposes of confirming that DOJ knows the materials the State seeks relate to a pending state proceeding. *See E.E.O.C. v. Nat'l Children's Ctr., Inc.*, 98 F.3d 1406, 1409 (D.C. Cir. 1996)

4. A proposed order is filed herewith.

Dated: November 23, 2026

Respectfully submitted,

**RAÚL TORREZ**

**NEW MEXICO ATTORNEY GENERAL**

By: *\/s/ Anjana Samant*

Anjana Samant, D.D.C. Bar ID 4267019
*Deputy Counsel*
NEW MEXICO DEPARTMENT OF JUSTICE
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
asamant@nmdoj.gov

Amanda Butler
*Senior Counsel*
Jessica Serrano
*Senior Counsel*
NEW MEXICO DEPARTMENT OF JUSTICE
201 3rd Street, NW, Suite 300
Albuquerque, New Mexico 87102
(505) 490-4060
abutler@nmdoj.gov
jserrano@nmdoj.gov

Mark T. Baker (*pro hac vice* forthcoming)
Jacques H. Chouinard (*pro hac vice* forthcoming)
PEIFER, HANSON, MULLINS & BAKER, P.A.
500 Marquette Street NW, Suite 510
Albuquerque, New Mexico 87102
(505) 247-4800
mbaker@peiferlaw.com

*Attorneys for the State of New Mexico*